In the Matter of the Application of Michael J. Gersoni for Admission to the Bar.— Application granted. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

In the Matter of the Application for the Appointment of a General Guardian of William Crossman Lee, an Infant.— Motion denied, with ten dollars costs, on the ground of no proof of service. Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

In the Matter of Proving the Last Will and Testament of Mary Oates, Deceased, as a Will of Real and Personal Property.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

McDermott Dairy Company, Respondent, v. Patrick F. Brennan and Others, Appellants.— Motion for reargument denied. Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

Pasqualena G. Pecci, Appellant, v. Church of the Immaculate Heart of Mary, of Scarsdale, New York, and Others, Respondents.— Motion to dismiss appeal granted unless the appellant perfect the appeal, place the case on the May calendar and be ready for argument when reached. Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

Carol Prendergast, Appellant, v. Interborough Rapid Transit Company, Respondent.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

Philip Schneider, Appellant, v. New York and Long Island Traction Company, Respondent.— Motion to dismiss appeal granted unless the appellant perfect his appeal, place the case on the May calendar and be ready for argument when reached. Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

Joseph Zubow, Respondent, v. Main Building Company, Inc., and Others, Defendants, and Isaac Levin, Appellant.— Motion for stay granted, in view of the fact that a receiver is in possession of the property, on condition that appellant perfect his appeal, place the case on the May calendar and be ready for argument when reached. Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.